**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

October 20, 2021
Nathan Ochsner, Clerk

In Re: Hassell 2012 Joint Venture

**Debtor(s)**

Case No.: 18–31189

Chapter: 7

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Randy W Williams Ch 7 Trustee is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 10/20/21

MARVIN ISGUR
United States Bankruptcy Judge